# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

HOWARD JOHNSON INTERNATIONAL, INC.,

    *Plaintiff*,

v.

SHLOK, LLC, *et al.*,

    *Defendants*.

Civil Action No. 18-9962

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on this 31st day of December 2020,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 38) is **GRANTED**; and it is further

**ORDERED** that default judgment shall be entered in favor of Plaintiff and against Defendants in the amount of $290,566.55; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter; and it is further

**ORDERED** that the Clerk's Office is directed to mail a copy of this Order and the accompanying Opinion via certified and regular mail to Defendants at 2002 Port Drive, Jennings, Louisiana 70546.

 

_____
John Michael Vazquez, U.S.D.J.